Case 2:20-cv-10581-SB-PLA   Document 11   Filed 02/22   Page ID #:40

FILED
CLERK, U.S. DISTRICT COURT
February 22, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| COLUMBUS GRIGSBY, | Case No.: 2:20-cv-10581-SB (PLAx) |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE RE: DISMISSAL |
| MILLENIUM SHOES, INC.; SANTA MONICA-WESTERN, LLC; and DOES 1 to 10, | |
| Defendants. | |

The parties filed a notice of settlement on February 18, 2021.

IT IS HEREBY ORDERED that the parties are to show cause why the action should not be dismissed with prejudice on April 2, 2021 at 8:30 a.m.  If the parties file a proposed order to dismiss the entire action with prejudice by March 26, 2021, the OSC shall be taken off calendar without further notice.  Otherwise, the parties shall appear at the OSC hearing.

IT IS FURTHER ORDERED that all other hearings and deadlines are vacated.

**NOTICE**:  The parties are advised that *the Court will not continue the OSC hearing*, absent a detailed, compelling showing why the settlement has not been completed, and the parties should be prepared for the Court to set a trial date.

Dated:  February 22, 2021



Stanley Blumenfeld, Jr.
United States District Judge